UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| CONNIE HOWES, individually and as personal representative of the estate of Troy Howes; MARY WEIBEL; TIM BOCKHOLT, JUDY BOCKHOLT, and CLAIR ARENS, <br><br> Plaintiffs, <br><br> vs. <br><br> YANKTON MEDICAL CLINIC, P.C., and MICHAEL PIETILA, M.D., <br><br> Defendants. | 4:15-CV-04177-KES <br><br><br> JUDGMENT OF DISMISSAL |

Pursuant to the parties' joint stipulation for dismissal (Docket 54), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice and without costs to either of the parties.

DATED this 6th day of February, 2017.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE